# Exhibit E



# Independent review
of gender identity
services for children
and young people

# Independent review of gender identity services for children and young people: Final report

April 2024

4

First edition published April 2024.

Updated December 2024 for minor amendments and accessibility.

All images sourced from Adobe Stock and include some AI images.

Reference as:

Cass, H. (2024). Independent review of gender identity services for children and young people: Final report. **https://cass.independent-review.uk/home/publications/final-report/**

The copyright holder has consented to third parties republishing the material contained in this report. Where any material, or the copyright in such material, is identified as being owned by a third party you will need to obtain permission from that third party before republishing such material.

# Contents

| | |
|---|---|
| **Foreword from the Chair** | **12** |
| **About this report** | **16** |
| **Language** | **18** |
| **Summary and recommendations** | **20** |
| **Approach** | **46** |
| **1. Methodology** | **47** |
| Understanding evidence | 47 |
| Building on evidence | 52 |
| Stakeholder engagement | 60 |
| Summary | 64 |
| **Context** | **66** |
| **2. History of gender services for children and young people** | **67** |
| Early gender services for children and young people | 67 |
| Emergence of the Dutch protocol | 68 |
| Move to an affirmative model | 70 |
| Use of puberty blockers in the UK | 70 |
| **3. Why this Review?** | **75** |
| NHS England Policy Working Group (PWG) | 75 |
| NICE evidence reviews | 75 |
| Commissioning of the Independent Review | 77 |
| **4. Wider context** | **78** |
| Bell v Tavistock | 78 |
| Care Quality Commission (CQC) report | 79 |
| Interim report and subsequent developments | 80 |

## Understanding the patient cohort                                   82

### 5. Changes in the patient profile                                 84
Sources of information                                                84
Demographics                                                         85
Gender characteristics                                               90
Co-occurring conditions                                              90
Changes in the patient profile                                       97

### 6. Developmental considerations for children and adolescents      98
Changes from adolescence into adulthood                             102

### 7. Growing up in the 2000s                                       106
Generational beliefs and gender identity                            106
Online stressors and harm                                           109
Mental health in children and adolescents                           110

### 8. Possible factors influencing the change in patient profile    114
Biological factors                                                   114
Psychosocial factors                                                117
Conclusion                                                          121

## Clinical approach & clinical management                           124

### 9. International practice and guidelines                         126
Guideline appraisal                                                 126
Key points of learning for the NHS                                  132

### 10. Assessment and diagnosis                                     134
International practice                                               134
NHS practice                                                        136
Perspectives from service users and families                        138
Holistic assessment framework                                       139
Formulation, diagnosis and care plan                                143

### 11. Psychological and psychosocial interventions                150
Perspectives from service users and families                        151
International guidelines and practice                                152
Understanding the evidence                                          153
Current NHS practice                                                154
Summary - psychological and psychosocial interventions             155

Case 1:26-cv-02690-RDB    Document 3-9    Filed 07/08/26    Page 7 of 16

## 12. Social transition — 158

International practice — 158

Reflections from the Multi-Professional Review Group — 159

Perspectives from service users and families — 159

Understanding the evidence — 161

Summary - social transition — 163

## 13. Medical pathways — 166

Perspectives from service users and families — 166

Existing endocrine practice in the UK — 167

International practice — 170

Summary - medical pathways — 171

## 14. Puberty blockers — 172

Normal pubertal development — 172

Rationale for the use of puberty blockers for gender dysphoria — 173

International practice — 174

Understanding intended benefits and risks of puberty blockers — 175

Summary - puberty blockers — 179

## 15. Masculinising/feminising hormones — 182

International practice — 182

Understanding the evidence — 183

Key considerations — 184

## 16. Challenges in clinical decision making — 192

Assessing whether a treatment is clinically indicated — 193

Best evidence and information — 194

Competency and capacity to consent — 195

Best interests of the child/young person — 196

Conclusion — 196

## Service model — 198

## 17. Existing service models — 200

NHS England's interim service - establishing Phase 1 providers — 201

International practice — 202

Different service models in the NHS — 204

## 18. A new model for gender services for children and young people — 206

Summary - service model — 210

Workforce — 211

Training and education — 212

Service improvement — 214

Research capacity — 215

## 19. Pathways                                                      217

International practice                                               217

Current referral pathway                                            217

Recommended referral pathway                                        220

Pathways within the service                                         223

Discharge                                                           224

Detransition                                                        227

Private provision                                                   227

Changing NHS number and access to healthcare                       228

## 20. Implementation                                               230

Wider system learning                                               231

Final thoughts from the Chair                                       232

## Glossary                                                          234

## References                                                        248

## Appendices                                                        264

Appendix 1: Terms of reference                                      264

Appendix 2: The epidemiology, care pathways, outcomes, and experiences
of children and adolescents experiencing gender dysphoria/incongruence:
a series of linked systematic reviews and an international survey    268

Appendix 3: Qualitative research summary: Narrative accounts of gender
questioning                                                         278

Appendix 4: Overview of study development - Assessment, management and
outcomes for children and young people referred to a national Gender Identity
Development Service                                                 294

Appendix 5: Preliminary report: Epidemiology and outcomes for children and
young people with gender dysphoria: Retrospective cohort study using electronic
primary care records                                                306

Appendix 6: Letter to NHS England, July 2022                        316

Appendix 7: Letter to NHS England, January 2023                     324

Appendix 8: The Gender Identity Development Service audit report     328

Appendix 9: Learning points from the Gender Dysphoria Multi-Professional
Review Group                                                        356

Appendix 10: Diagnostic criteria for gender dysphoria               374

Appendix 11: Letter from NHS England, January 2024                  378

Appendix 12: Letter to NHS England, March 2024                      382

# 12. Social transition

**12.1** Through discussions with stakeholders, it is clear that social transition is a cause of concern for many people, and our remarks about social transition were some of the most quoted parts of the Review's interim report.

**12.2** The approach taken to social transition is very individual but it is broadly understood to refer to social changes to live as a different gender such as altering hair or clothing, name change and/or use of different pronouns. There is a spectrum from relatively limited gender non-conforming changes in appearance in adolescence to young people who may have fully socially transitioned from an early age and be 'living in stealth' (that is, school friends/staff may be unaware of their birth-registered sex).

**12.3** There are different views on the benefits versus the harms of early social transition. Some consider that it may improve mental health and social and educational participation for children experiencing gender-related distress. Others consider that a child who might have desisted at puberty is more likely to have an altered trajectory, culminating in medical intervention which will have life-long implications.

**12.4** One key difference between children and adolescents is that parental/carer attitude and beliefs will have an impact on a child's ability to socially transition, whereas adolescents have more personal agency.

**12.5** Social transition may not be thought of as an intervention or treatment, because it is not something that happens in a healthcare setting and it is within the agency of an adolescent to do for themselves. However, in an NHS setting it is important to view it as an active intervention because it may have significant effects on the child or young person in terms of their psychological functioning and longer-term outcomes.

**12.6** Although the focus of the Review is on support from point of entry to the NHS, no individual journey begins at the front door of the NHS, rather in the child's home, family and school environment. The importance of what happens in school cannot be under-estimated; this applies to all aspects of children's health and wellbeing. Schools have been grappling with how they should respond when a pupil says that they want to socially transition in the school setting. For this reason, it is important that school guidance is able to utilise some of the principles and evidence from the Review.

## International practice

**12.7** The University of York's review of international guidelines (Taylor et al: Guidelines 2: Synthesis) found that most guidelines recommend providing information about the benefits and risks of social transition but vary in whether the recommendations apply to both children and adolescents or just to children.

**12.8** WPATH 8 guidance has moved from a 'watchful waiting' approach for children to a position of advocating for social transition as a way to improve children's mental health.

**12.9** Several guidelines recommend that social transition should be framed in a way that ensures children can reconsider or reconceptualise their gender feelings as they grow older.

**12.10** Several guidelines discuss education about the risks and benefits of binders and packers, and safe use as appropriate.

# Reflections from the Multi–Professional Review Group

**12.11** The Multi Professional Review Group (MPRG) report (Appendix 9) notes that many children and young people attending GIDS have changed their names by deed-poll, attend school in their chosen gender and some have changed NHS numbers by the time they are seen. Based on the MPRG review of the notes, this history/journey was rarely examined closely by GIDS for signs of difficulty, regret or wishes to alter any aspect of the child/young person's gender journey trajectory.

**12.12** The MPRG is concerned that some children living in stealth have a common, genuine fear of "being found out", suffering rejection either due to not having taken friends into their confidence (withholding personal information regarding biological sex or specific sex-based experiences), or due to trans-prejudice or transphobia. They observed that this fear of "being found out" is driving a sense of urgency to access puberty blockers, which may not allow consideration of other pros and cons of the treatment.

**12.13** The MPRG also observed that living in stealth appears to increase a child's level of stress and anxiety with resultant behaviour and mental health problems. These included social withdrawal, with children becoming increasingly isolated, including resorting to home-schooling or tutoring and even rarely leaving their house.

# Perspectives from service users and families

**12.14** Young people and young adults have spoken positively about how social transition helped to reduce their gender dysphoria and feel more comfortable in themselves. However, it is the reaction of those around them that can make it difficult. Young people identified that space to talk about socially transitioning and how to handle conversations with parents would be helpful. They feel that parents and carers need more information about social transition and the best way to support their child through that process.

> "It would be helpful to show that there is no judgement in experimenting with their appearance such as clothing and makeup. Also to be shown how they don't need to have a specific label to use and should try to feel as comfortable as they can."
>
> **Young person**
> **Lived experience focus group**

> "To me social transition is an act undertaken by the child, so I wouldn't call it an active intervention. [The] question is whether to support it or not and to factor in if the child is considering it or has already announced it. [The] act by community is supporting or not supporting."
>
> **Young trans adult**
> **Listening session**

**12.15** The qualitative research conducted by the University of York (Appendix 3) found that, while waiting for clinical input many young people "took steps to help manage how they felt and most socially transitioned while waiting. The process, although dynamic and flexible, was positively regarded by young people. Many parents, although initially hesitant, come to understand the value of social transitioning. A few, however, remained anxious about its impact. Families would have welcomed advice on how to negotiate social transitioning but many experienced difficulties in accessing support".

**12.16** However, the Review heard concerns from many parents about their child being socially transitioned and affirmed in their expressed gender without parental involvement. This was predominantly where an adolescent had "come out" at school but expressed concern about how their parents might react. This set up an adversarial position between parent and child where some parents felt "forced" to affirm their child's assumed identity or risk being painted as transphobic and/or unsupportive.

**12.17** Some parents who spoke to the Review felt that social transition was of more benefit to their child in terms of its social impact than it helping to manage their gender incongruence. They describe how their children were previously isolated and bullied but their status amongst peers had improved as a result of "coming out".

> "Pre-social transition, [child] had social difficulties due to ASD and was bullied. After social transition [child] was given enormous kudos at school.  They were geeky and awkward, but became a celebrity."
>
> **Parent**
> **Listening session**

> "Her whole friends group has some sort of trans or nonbinary identity. Older friends don't seem to be in that camp – they are open and supportive but not identifying. It seems to have been socially beneficial to her to present as trans – as a high functioning autistic person – it has helped her with her social life. Her friends seem to be celebrating in trans identities."
>
> **Parent**
> **Listening session**

**12.18** Clinicians have said that most children have already socially transitioned before reaching the specialist gender service. Some clinicians have suggested that support to think through social transition could happen within local services and does not need to sit within NHS specialist services.

> "Ideally local services should be available to young people where they can discuss and explore their gender, be supported to try out social transition etc. If this was the case a specialist service would only be needed if they wanted assessment for physical interventions or there were multiple factors at play that local services felt unable to support with."
>
> **Clinician**
> **Specialist survey**

# Understanding the evidence

**12.19** The University of York's systematic review on social transition aimed to identify and summarise evidence on the outcomes of social transition for children and adolescents with gender dysphoria. (Hall et al: Social transition).

**12.20** This systematic review is a useful example demonstrating how systematic reviewers rate the quality of studies. The scale (called a modified version of the Newcastle-Ottawa Scale) was used to assess the items shown in Figure 33 and then give a summary score for each of the studies. The maximum score is 8, a score of 0-3.5 is low quality, 4-5.5 moderate quality and 6-8 high quality.

**12.21** Of the 11 studies that met the search criteria, nine were low quality (scoring between 1.5 and 3.5) and two were moderate quality (scoring between 4.5 and 5.0). The most problematic aspects were sample selection, and samples were not reliably representative of the broader population. Most studies were US based.

**12.22** The quality of the studies was not good enough to draw any firm conclusions, so all results should be interpreted with caution.

**Figure 33: Quality scores for included studies assessed using a modified Newcastle-Ottawa Scale**



*Source: Hall et al: Social transition*

*NB: The gird indicates individual scores for each study on each of the criteria. Bars at the top (and numbers at top of bars) indicate overall score. SES: socioeconomic status.*

## Mental health outcomes

**12.23** Different studies looked at different outcomes of social transition. The only consistent benefit from social transition was for use of chosen name in adolescence:

- one study found this was associated with some improvements in mental health and reduced suicidality for 15-21 year-olds

- another study found that parental use of chosen name and being able to express one's gender was associated with some improvements in mental health/distress for 16-24 year-olds.

**12.24** One study looking at transgender adults found that lifetime suicide attempts and suicidal ideation in the 'past year' was higher among those who had socially transitioned as adolescents compared to those who had socially transitioned in adulthood.

## Gender identity outcomes

**12.25** One study (Olson et al, 2022) used a self-selected community sample of children (the Trans Youth Project). Children had to be between three and 12 years of age at enrolment and had to have made a "complete" binary social transition, including changing their pronouns to the binary gender pronouns that were not those used at their births. The study found that 93% of those who socially transitioned between three and 12 years old continued to identify as transgender at the end of the study (about 5.4 years later). Of the remainder, 2.5% were living as cisgender, 3.5% as non-binary and 1.3% had retransitioned twice. This study also demonstrated that the majority of children who had socially transitioned went on to progress to medical interventions.

**12.26** Another study (Steensma et al., 2013b) found that childhood social transition was a predictor of persistence of gender dysphoria for those birth-registered male, but not those birth-registered female. In this study 96% of those birth-registered male and 54% of those birth-registered female who later desisted had not socially transitioned at point of referral and none had fully socially transitioned (see Table 8). The study noted that the possible impact of the social transition on cognitive representation of gender identity (that is, how the child came to see themself) or on persistence had not been studied.

**12.27** However, there was also an association between childhood social transition and more intense gender dysphoria, so it may be that the intensity of the dysphoria was the factor that led to persistence and the more pressing drive for the children to socially transition.

### Table 8: Childhood social transition and likelihood of persistence

|  | PERSISTERS % (n=47) | | DESISTERS % (n=80) | |
|  | BR-M (n=23) | BR-F (n=24) | BR-M (n=56) | BR-F (n=24) |
| --- | --- | --- | --- | --- |
| **No social transition** | 57 | 42 | 96 | 54 |
| **Partial social transition** | 30 | 54 | 4 | 45 |
| **Full social transition** | 13 | 4 | 0 | 0 |
| **Total** | 100 | 100 | 100 | 100 |

*Source: Data from Steensma et al., 2013b.*

*BR-M: birth-registered male | BR-F: birth-registered female*

## Relevance to existing guidelines

**12.28** There has been a shift in recommendations between WPATH 7 (2012), which was more cautious about social transition, and WPATH 8 (2022) which argues in favour of social transition in childhood.

**12.29** WPATH 8 justifies this change in stance on the basis that there is more evidence on improved mental health outcomes with social transition, that fluidity of identity is an insufficient justification not to socially transition, and that not allowing a child to socially transition may be harmful.

**12.30** However, none of the WPATH 8 statements in favour of social transition in childhood are supported by the findings of the University of York's systematic review (Hall et al: Social Transition).

# Summary – social transition

**12.31** Given the weakness of the research in this area there remain many unknowns about the impact of social transition. In particular, it is unclear whether it alters the trajectory of gender development, and what short- and longer-term impact this may have on mental health.

**12.32** Early research cited in Chapter 2 found low rates of persistence of childhood gender incongruence into adulthood, around 15% (for example, Zucker, 1985). Papers from this period were criticised because the children were not formally diagnosed using ICD or DSM. At that time, it was rare for children to have socially transitioned before being seen in clinic.

**12.33** Later studies, which showed higher rates of persistence at 37% (for example Steensma et al., 2013b) did use formal diagnostic criteria, but by that time a greater proportion of the referrals had socially transitioned prior to being seen.

**12.34** It is not possible to attribute causality in either direction from the findings in these studies. This means it is not known whether the children who persisted were those with the most intense incongruence and hence more likely to socially transition, or whether social transition solidified the gender incongruence.

**12.35** Earlier in this report it was explained that much has been learnt about the role of sex of rearing on the development of gender identity from follow-up studies of individuals with health conditions known as differences of sex development (DSD). It is helpful to recap on some of this learning when considering the role of social transition. In summary:

- Individuals who are genetically female (XX) but have high androgen levels (i.e. those with Congenital Adrenal Hyperplasia) are usually reared as females; they tend to have some male role behaviours but are most commonly heterosexual and usually have a female gender identity.

- In those with DSD in whom gender identity outcome is less well established, the sex of rearing is a better predictor of gender identity outcome than prenatal androgen exposure.

- The conclusion is that a complex interplay between prenatal androgen levels, external genitalia, sex of rearing and socio-cultural environment all play a part in eventual gender identity, and we have yet to understand the relative influence of these various elements.

**12.36** The information above demonstrates that there is no clear evidence that social transition in childhood has positive or negative mental health outcomes. There is relatively weak evidence for any effect in adolescence. However, sex of rearing seems to have some influence on eventual gender outcome, and it is possible that social transition in childhood may change the trajectory of gender identity development for children with early gender incongruence. For this reason, a more cautious approach needs to be taken for children than for adolescents:

**Children:**

- Parents should be encouraged to seek clinical help and advice in deciding how to support a child with gender incongruence and should be prioritised on the waiting list for early consultation on this issue.

- Clinical involvement in the decision-making process should include advising on the risks and benefits of social transition as a planned intervention, referencing best available evidence. This is not a role that can be taken by staff without appropriate clinical training.

- It is important to ensure that the voice of the child is heard in any decision making and that parents are not unconsciously influencing the child's gender expression.

- For those going down a social transition pathway, maintaining flexibility and keeping options open by helping the child to understand their body as well as their feelings is likely to be advantageous. Partial rather than full transition may be a way of ensuring flexibility, particularly given the MPRG report which highlighted that being in stealth from early childhood may add to the stress of impending puberty and the sense of urgency to enter a medical

**Adolescents:**

- For adolescents, exploration is a normal process, and rigid binary gender stereotypes can be unhelpful. Many adolescents will go through a period of gender non-conformity in terms of hairstyle, make-up, clothing and behaviours. They also have greater agency in how they present themselves and their decision-making.

- For those considering full social transition, the current long waiting lists make it unlikely that a formal clinical assessment will be available in a timely manner. However, it is important to try and ensure that those already actively involved in their welfare (parents/carers, any involved clinical staff such as their GP, school staff or counsellors) provide support in decision making and plans to ensure that the young person is protected from bullying and has a trusted source of support.

**For both children and adolescents:**

- Outcomes for children and adolescents are best if they are in a supportive relationship with their family. For this reason parents should be actively involved in decision making unless there are strong grounds to believe that this may put the child or young person at risk.

- Help may be needed if a child/young person wishes to reverse their decision on transitioning, which can be a difficult step to take.

- **12.37** The clinician should help families to recognise normal developmental variation in gender role behaviour and expression. Avoiding premature decisions and considering partial rather than full transitioning can be a way of ensuring flexibility and keeping options open until the developmental trajectory becomes clearer.

> ## Recommendation 4:
>
> When families/carers are making decisions about social transition of pre-pubertal children, services should ensure that they can be seen as early as possible by a clinical professional with relevant experience.