**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JOHN and JANE DOE, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-02690-RDB |
| GLORIA DENT, in her official capacity as a member of the Anne Arundel County Board of Education, et al., | |
| *Defendants*. | |

**PLAINTIFFS' AMENDED MOTION
FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Plaintiffs John and Jane Doe (collectively, "the Does"), through their undersigned counsel, respectfully move this Court for leave to proceed under pseudonyms and to refer to their minor child with the pseudonym "Mary Doe" in all pleadings and filings in order to protect Mary's privacy and safety. In support of this motion, the Does submit the accompanying memorandum of law and proposed order.

WHEREFORE, the Does respectfully request that this Court grant this motion in its entirety and order such further relief as the Court deems just and appropriate.

1

Dated: July 17, 2026                                    Respectfully Submitted,

                                                       /s/ Ian Prior
Rachael C. T. Wyrick*                                  Ian Prior (Bar No. 30683)
CONSOVOY MCCARTHY PLLC                                 Crystal Clanton*
1600 Wilson Boulevard, Suite 700                       Rachael Griffin*
Arlington, VA 22209                                    AMERICA FIRST LEGAL FOUNDATION
(703) 243-9423                                         611 Pennsylvania Ave. SE, Suite 231
rachael@consovoymccarthy.com                           Washington, D.C. 20003
                                                       (202) 964-3721
                                                       ian.prior@aflegal.org
                                                       crystal.clanton@aflegal.org
*Admitted pro hac vice                                 rachael.griffin@aflegal.org


                              Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also served Defendants by certified mail, return receipt requested, and on opposing counsel via email, at the following addresses:

Gloria Dent, Dawn Pulliam, Robert Siklworth, Erica McFarland, Sarah J. McDermott, Dana Schallherim, Joanne Bache Tobin, and S.H.
  Members, Anne Arundel County Board of Education
2644 Riva Road
Annapolis, MD 21401

Dr. Mark T. Bedell
  Superintendent, Anne Arundel County Public Schools
2644 Riva Road
Annapolis, MD 21401

Katherine Smith
  Principal, Broadneck High School
1265 Green Holly Drive
Annapolis, MD 21409

Philip Casolo
  Assistant Principal, Broadneck High School
1265 Green Holly Drive
Annapolis, MD 21409

Lisa M. Snead
  General Counsel, Anne Arundel County Public Schools
lsnead@aacps.org

Dated: July 17, 2026

Respectfully Submitted,

/s/ Ian Prior
Ian Prior (Bar No. 30683)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(202) 964-3721
ian.prior@aflegal.org

3