**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GLORIA DENT, in her official capacity as a member of the Anne Arundel County Board of Education, et al., <br><br> *Defendants*. | Case No. 1:26-cv-02690-RDB |

**[PROPOSED] ORDER GRANTING AMENDED
MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Plaintiffs' Amended Motion for Leave to Proceed Under a Pseudonym is hereby GRANTED for good cause shown, and **it is hereby ORDERED**:

1. Plaintiffs shall proceed in this action under the pseudonyms John and Jane Doe;

2. In all publicly filed documents, Plaintiffs John and Jane Doe shall be identified only as John and Jane Doe;

3. In all publicly filed documents, Plaintiffs John and Jane Doe's minor child shall be identified only as Mary Doe; and

4. All documents filed with this Court that contain the actual names of Plaintiffs John and Jane Doe or non-party Mary Doe or contain information that identifies them, directly or indirectly, shall be redacted or filed under seal.

**IT IS SO ORDERED**

Signed on _____, 2026      _____

                                            Richard D. Bennett
                                            UNITED STATES DISTRICT JUDGE