**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-02690-RDB |
| GLORIA DENT, in her official capacity as a member of the Anne Arundel County Board of Education, et al., | |
| *Defendants*. | |

**<u>PLAINTIFFS' AMENDED MOTION FOR A PRELIMINARY INJUNCTION</u>**

Plaintiffs John and Jane Doe (collectively, "the Does") are parents of a child, Mary Doe, who attends Anne Arundel County Public Schools. Defendants' policies, including Policy JQ, the associated Guidance Document, and Regulation JQ-RA, require teachers and staff to facilitate students' social gender transitions without parental notice or consent. These policies have been enforced against the Does and Mary to facilitate and encourage Mary's social gender transition at school without notifying the Does or seeking their consent. The Does are practicing Christians, and they want to educate Mary according to their religious beliefs, including that God creates each person as a male or female, that complementary sexes reflect the image of God, that sex is determined by biology and not by a person's internal self-perception, that sex cannot be altered, and that gender is not a coherent category different from sex. And the Does want a say in the decisions made regarding these important, fundamental issues for Mary. They do not want Mary subjected to Policy JQ, the Guidance Document, or Regulation JQ-RA. They want AACPS to stop facilitating her social gender transition at school, stop referring to her by any name other than her

legal one, and provide them with timely notice of any gender-related confusion Mary has experienced or may experience in the future.

Accordingly, the Does ask this Court for a preliminary injunction that (1) enjoins Defendants from enforcing these policies, and any materially similar policy, provision, or law that applies in the AACPS system, against them or Mary Doe during this litigation, (2) enjoins Defendants from referring to Mary by any name other than her legal name, and (3) requires Defendants to give the Does timely notice of, and the opportunity to opt out of, any policy or practice that facilitates or affirms a student's gender transition at school or withholds information from parents regarding such matters. *See* Fed. R. Civ. P. 65. The Does notified Defendants of this motion.

The Does are entitled to preliminary relief. The application of these AACPS policies is likely unconstitutional because they violate the Does' due process rights to direct Mary's upbringing and their free exercise rights to direct Mary's religious education. Deprivations of constitutional rights are classic irreparable harm. The Does do not want Mary to be subjected to these policies, and because Mary is currently being subjected to them, the Does have suffered and continue to suffer irreparable harm. Because the Does are likely to prevail on the merits of their constitutional claims, the equities and public interest necessarily favor an injunction. For all these reasons, which are detailed in the accompanying memorandum, the Court should grant this motion and enter a preliminary injunction.

Dated: July 17, 2026                          Respectfully Submitted,

                                              /s/ Ian Prior
Rachael C. T. Wyrick*                         Ian Prior (Bar No. 30683)
CONSOVOY MCCARTHY PLLC                        Crystal Clanton*
1600 Wilson Boulevard, Suite 700              Rachael Griffin*
Arlington, VA 22209                           AMERICA FIRST LEGAL FOUNDATION
(703) 243-9423                                611 Pennsylvania Ave. SE, Suite 231
rachael@consovoymccarthy.com                  Washington, D.C. 20003
                                              (202) 964-3721
                                              ian.prior@aflegal.org
                                              crystal.clanton@aflegal.org
* *Admitted pro hac vice*                     rachael.griffin@aflegal.org


                        *Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system. I also served Defendants by certified mail, return receipt

requested, and on opposing counsel via email, at the following addresses:

Gloria Dent, Dawn Pulliam, Robert Siklworth, Erica McFarland, Sarah J. McDermott, Dana Schallherim, Joanne Bache Tobin, and S.H.
 Members, Anne Arundel County Board of
 Education
2644 Riva Road
Annapolis, MD 21401

Dr. Mark T. Bedell
 Superintendent, Anne Arundel County
 Public Schools
2644 Riva Road
Annapolis, MD 21401

Katherine Smith
 Principal, Broadneck High School
1265 Green Holly Drive
Annapolis, MD 21409

Philip Casolo
 Assistant Principal, Broadneck High School
1265 Green Holly Drive
Annapolis, MD 21409

Lisa M. Snead
 General Counsel, Anne Arundel County
 Public Schools
 lsnead@aacps.org

Dated: July 17, 2026

Respectfully Submitted,

*/s/ Ian Prior*
Ian Prior (Bar No. 30683)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(202) 964-3721
ian.prior@aflegal.org

4