IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN and JANE DOE,

    *Plaintiffs*,

v.

GLORIA DENT, in her official capacity as a
member of the Anne Arundel County Board
of Education, et al.,

    *Defendants*.

Case No. 1:26-cv-02690-RDB

## DECLARATION OF IAN PRIOR

I, Ian Prior, declare and state the following:

1.    I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called to testify as a witness, would competently testify to them.

2.    I am an attorney at America First Legal Foundation. I am counsel in this case for Plaintiffs John and Jane Doe.

3.    I submit this declaration in support of the Does' motion for a preliminary injunction. The following materials attached as exhibits in support of that motion are true and accurate copies.

4.    Exhibit A is a guidance document developed by Anne Arundel County Public Schools, titled "Students and Gender Identity: Guidelines for Support," outlining the district's practices with regard to gender identity.

5.    Exhibit B is Anne Arundel County Public Schools Policy JQ, titled "Safe and Inclusive Environments for LGBTQ+ Students," effective June 16, 2021.

1

6. Exhibit C is Anne Arundel County Public Schools Regulation JQ-RA, titled "Safe and Inclusive Environments for LGBTQ+ Students," effective September 6, 2022.

7. Exhibit D is an article from the New York Times by Andrew Jacobs titled "Doctors' Group Endorses Restrictions on Gender-Related Surgery for Minors," published on February 4, 2026, and available at archive.ph/r0VXk.

8. Exhibit E is an excerpt of a report by Dr. Hilary Cass titled "Independent Review of Gender Identity Services for Children and Young People: Final Report," published in April 2024 and available at perma.cc/7XEL-UP2A.

9. Exhibit F is a scientific journal article by Wylie C. Hembree, et al., titled "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," in the November 2017 issue of the Journal of Clinical Endocrinology and Metabolism, available at perma.cc/D76P-6C9X.

10. Exhibit G is a scientific journal article by Benjamin de Mayo, et al., titled "Stability and Change in Gender Identity and Sexual Orientation Across Childhood and Adolescence," in the August 2025 issue of Monographs of the Society for Research in Child Development, available at bit.ly/45kQTC2.

11. Exhibit H is a webpage from Defending Education titled "List of School District Transgender – Gender Nonconforming Student Policies," last updated June 29, 2026, available at perma.cc/W5NQ-BPC7.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July, 2026

> */s/ Ian Prior*
> Ian Prior (Bar No. 30683)
> AMERICA FIRST LEGAL FOUNDATION
> 611 Pennsylvania Ave. SE, Suite 231
> Washington, D.C. 20003
> (202) 964-3721
> ian.prior@aflegal.org
>
> *Attorney for Plaintiffs*