**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JOHN and JANE DOE,

    *Plaintiffs*,

v.

GLORIA DENT, in her official capacity as a member of the Anne Arundel County Board of Education, et al.,

    *Defendants*.

Case No. 1:26-cv-02690-RDB

**[PROPOSED] ORDER GRANTING
AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' amended motion for a preliminary injunction, filed July 17, 2026. Having considered the motion opposition, case file, and applicable law,

**IT IS ORDERED** that Plaintiffs' motion is GRANTED.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from enforcing Policy JQ, titled "Safe and Inclusive Environments for LGBTQ+ Students," the associated Guidance Document, titled "Students and Gender Identity: Guidelines for Support," and Regulation JQ-RA, titled "Safe and Inclusive Environments for LGBTQ+ Students," as well as any materially similar policy, provision, or law that applies in the AACPS system, against Plaintiffs or their daughter, Mary.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from referring to Mary by any name other than her legal name.

**IT IS FURTHER ORDERED** that, during the pendency of this action, Defendants shall provide the Does with timely notice of, and the opportunity to consent to or opt out of, any policy

or practice that facilitates or affirms a student's gender transition at school or withholds information from parents regarding such matters.


**IT IS SO ORDERED**.

SIGNED on _____, 2026.

                                                _____

                                                Richard D. Bennett
                                                UNITED STATES DISTRICT JUDGE