**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JOHN and JANE DOE,

    *Plaintiffs,*

v.

GLORIA DENT, in her official capacity
as a member of the Anne Arundel County
Board of Education, et al.,

    *Defendants.*

Case No. 1:26-cv-02690-RDB

**DEFENDANTS' STIPULATION OF NON-OPPOSITION TO
PLAINTIFFS' AMENDED MOTION FOR LEAVE TO PROCEED UNDER
PSEUDONYM**

The Board of Education of Anne Arundel County, Gloria Dent, Dawn Pulliam, Robert Siklworth, Erica McFarland, Sarah J. McDermott, Dana Schallherim, Joanne Bache Tobin, and S.H., in their official capacities as members of the Board of Education; Dr. Mark T. Bedell, in his official capacity as Superintendent of Anne Arundel County Public Schools; Katherine Smith, in her official capacity as Principal of Broadneck High School; Philip Casolo, in his official capacity as Assistant Principal of Broadneck High School; and Anne Arundel County Public Schools (together, "AACPS" or "Defendants"), by and through undersigned counsel, respectfully submit this Stipulation of Non-Opposition to Plaintiffs' Amended Motion for Leave to Proceed Under Pseudonym (Dkt. 14).

Defendants do not oppose Plaintiffs' Amended Motion for Leave to Proceed Under Pseudonym. Defendants do not admit liability or concede the merits of Plaintiffs' claims in its Memorandum in Support of this motion, and reserve all rights and defenses in this litigation.

1

Defendants respectfully request that the Court grant Plaintiffs' Amended Motion for Leave to Proceed Under Pseudonym.

DATED: August 5, 2026

Respectfully Submitted,

_____/s/_____

Teresa A. Alutto-Schmidt (Bar No. 28367)
Alice W. Yao*
Mary Rohmiller*

Potomac Law Group, PLLC
1717 Pennsylvania Ave, NW Suite 1025
Washington, DC 20006
*Counsel for Defendants*

*pro hac vice pending*