# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN and JANE DOE,<br>    *Plaintiffs,*<br><br>v.<br><br>GLORIA DENT, in her official capacity<br>as a member of the Anne Arundel County<br>Board of Education, et al.,<br>    *Defendants.* | Case No. 1:26-cv-02690-RDB |

## CONSENT ORDER FOR PRELIMINARY INJUNCTION

Whereas, on July 17, 2026, Plaintiffs filed an Amended Motion for Preliminary Injunction seeking certain interim injunctive relief against Defendants relating to their child with respect to certain policies of Anne Arundel County Public Schools ("AACPS"), namely, Policy JQ, the Guidance Document (Students and Gender Identity: Guidelines for Support), and Regulation JQ-RA (together, "Policies");

Whereas, Plaintiffs seek narrow, family-specific relief in their Amended Motion for a Preliminary Injunction, seeking only to ensure that the Policies are not applied to their child during the pendency of this litigation;

Whereas, Defendants believe the Policies reflect AACPS's commitment to compliance with federal, state, and local anti-discrimination laws, and to the protection of all students from discrimination and harassment;

Whereas, Defendants do not admit liability or concede the merits of Plaintiffs' claims and will respond to the allegations of the Complaint in due course and according to the Federal Rules of Civil Procedure;

Whereas, Defendants reserve all rights and defenses, including but not limited to the right to contest Plaintiffs' claims at any appropriate stage, including but not limited to summary judgment or trial; and,

Whereas, the parties recognize the value of conserving the Court's and the parties' resources by obviating the need for a preliminary injunction hearing;

Now, therefore, the parties jointly stipulate and agree to the entry of the following Order:

## ORDER

During the pendency of this litigation, and pending further Order of this Court:

1. Defendants shall not enforce Policy JQ, the Guidance Document (Students and Gender Identity: Guidelines for Support), or Regulation JQ-RA—or any materially similar AACPS policy, regulation, or guidance document—as to Plaintiffs John and Jane Doe or their daughter, Mary Doe.

2. Defendants shall refrain from referring to Mary by any name other than her legal name.

3. Defendants shall provide Plaintiffs with timely notice of, and the opportunity to opt out of, any new or revised school policy or practice that relates to gender transition at school, and Defendants shall not withhold from Plaintiffs information known to them relating to any future expression of interest in or efforts by Mary Doe to engage in gender transition.

4. Before seeking relief from this Court for any alleged violation of this Order, Plaintiffs shall give Defendants ten (10) business days' written notice and opportunity to cure.

5. Plaintiffs shall not be required to post a security bond pursuant to Federal Rule of Civil Procedure 65(c).

DATED: August 6, 2026                      Respectfully Submitted,

AMERICA FIRST LEGAL FOUNDATION     POTOMAC LAW GROUP, PLLC

 /s/ _____        /s/ _____
(signed by Teresa Alutto-Schmidt with
permission of Ian Prior)            Teresa Alutto-Schmidt (Bar No. 28367)
                                    Alice W. Yao (admitted *pro hac vice*)
Ian Prior (Bar No. 30683)           Mary Rohmiller (admitted *pro hac vice*)
Crystal Clanton (admitted *pro hac vice*)  Susan V. Metcalfe*
Rachael Griffin (admitted *pro hac vice*)  1717 Pennsylvania Ave, NW Suite 1025
611 Pennsylvania Ave. SE, Suite 231  Washington, DC 20006
Washington, D.C. 20003              (202) 558-5557
(202) 964-3721                      taluttoschmidt@potomaclaw.com
ian.prior@aflegal.org               ayao@potomaclaw.com
crystal.clanton@aflegal.org         mrohmiller@potomaclaw.com
rachael.griffin@aflegal.org         smetcalfe@potomaclaw.com

Rachael C. T. Wyrick (admitted *pro hac vice*)  *Counsel for Defendants*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700     *\*pro hac vice pending*
Arlington, VA 22209
(703) 243-9423
rachael@consovoymccarthy.com

*Counsel for Plaintiffs*

SO ORDERED, this _____ day of August 2026:

_____
Richard D. Bennett, United States District Judge