## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| *Doe et al.,* | * | |
| *Plaintiff(s),* | * | |
| v. | * | Civil Action No. RDB-26-2690 |
| *Bedell et al.,* | * | |
| *Defendant(s).* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Plaintiffs' Amended Motion for Leave to Proceed Under Pseudonym (ECF No. 14), which is not opposed by Defendants (ECF No. 41), is hereby **GRANTED** for good cause shown, and it is hereby ORDERED:

1. Plaintiffs shall proceed in this action under the pseudonyms John and Jane Doe;

2. In all publicly filed documents, Plaintiffs John and Jane Doe shall be identified only as John and Jane Doe;

3. In all publicly filed documents, Plaintiffs John and Jane Doe's minor child shall be identified only as Mary Doe; and

4. All documents filed with this Court that contain the actual names of Plaintiffs John and Jane Doe or non-party Mary Doe or contain information that identifies them, directly or indirectly, shall be redacted or filed under seal.

Further, as Plaintiffs' Amended Motion for Leave to Proceed Under Pseudonym supersedes the original motion (ECF No. 2), the original motion is hereby **DENIED AS MOOT**.

1

## CONCLUSION

For the reasons stated above, it is this 7th day of August, 2026, hereby ORDERED

that Plaintiffs' Amended Motion for Leave to Proceed Under a Pseudonym is GRANTED.


/s/
Richard D. Bennett
United States Senior District Judge