**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JOHN and JANE DOE,

*Plaintiffs*,

v.

BEDELL, et al.,

*Defendants*.

Case No. 1:26-cv-02690-RDB

**JOINT MOTION FOR PRETRIAL AND TRIAL SCHEDULE**

Pursuant to the Court's request, the parties respectfully move the Court to establish a schedule for an expedited pretrial and trial schedule. The parties have conferred, and they agree to the following schedule:

- **Pleadings and parties**: No amendments without leave of court.
- **Next status conference**: September 3, 2026
- **Initial disclosures under Rule 26(a)(1)**: October 1, 2026
- **Responsive pleading deadline**: September 30, 2026
- **Opposition to motion to dismiss**: October 14, 2026
- **Reply to motion to dismiss**: October 28, 2026
- **Plaintiffs' expert reports**: December 15, 2026
- **Defendants' expert reports**: January 25, 2027
- **Plaintiffs' rebuttal reports**: February 5, 2027
- **Final supplementing discovery under Rule 26(e)**: February 8, 2027
- **Close of discovery**: February 26, 2027
- **Dispositive motions (including motions in limine & *Daubert* motions)**: March 5, 2027

- **Oppositions to dispositive motions**: March 24, 2027
- **Replies in support of dispositive motions**: April 2, 2027
- **Rule 26(a)(3) disclosures**: April 16, 2027
- **Pretrial conference**: Within 30 days of the trial start date
- **Trial**: May 3, 2027

**<u>Other Matters</u>**

**Estimated length of trial**: 2 days

**Written discovery**: 25 interrogatories per side; 25 requests for production per side; 25 requests for admission per side.

**Depositions**: Parties be allowed maximum number of depositions allowed by Federal Rules of Civil Procedure, unless otherwise agreed to by the parties or ordered by the Court. There will be a seven-hour limit on the length of each deposition.

**Electronic discovery**: The parties agree to work cooperatively to develop an ESI protocol to submit to the Court by October 23.

**Protective order**: The parties agree that a protective order will be needed in this case and will work cooperatively to submit this order to the Court by October 23.

A proposed order reflecting these dates is attached.

Dated: August 25, 2026

/s/
(signed by Ian Prior with permission of
Teresa Alutto-Schmidt)

Teresa Alutto-Schmidt (Bar No. 28367)
Susan V. Metcalfe*
Mary Rohmiller*
Alice W. Yao*
(202) 558-5557
taluttoschmidt@potomaclaw.com

Respectfully Submitted,

*/s/ Ian Prior*

Ian Prior (Bar No. 30683)
Crystal Clanton*
Rachael Griffin*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(202) 964-3721
ian.prior@aflegal.org
crystal.clanton@aflegal.org

ayao@potomaclaw.com
mrohmiller@potomaclaw.com
smetcalfe@potomaclaw.com

Potomac Law Group, PLLC
1717 Pennsylvania Ave, NW Suite 1025
Washington, DC 20006

** Admitted pro hac vice*

*Counsel for Defendants*

rachael.griffin@aflegal.org

Rachael Tucker Wyrick*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
rachael@consovoymccarthy.com

Patrick Strawbridge*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

**Admitted pro hac vice*

*Counsel for Plaintiffs*