**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of Richard D. Bennett**
**United States District Judge**
**Northern Division**

**Chambers 5D**
**101 W. Lombard Street**
**Baltimore, MD 21201**
**Tel: 410-962-3190**

September 3, 2026

RE: *Doe v. Bedell*
Civil No. RDB-26-2690

TO COUNSEL OF RECORD:

This Letter Order confirms this Court's off-the-record telephone conference held today in the above-captioned case. During that conference, the Court reviewed the parties' Joint Motion for Pretrial and Trial Schedule (ECF No. 50) ("Joint Motion"), and proposed certain modifications to the deadlines and events related to the pretrial order, the pretrial conference, and trial. Counsel for the parties confirmed that the proposed schedule, as modified by the Court, is acceptable.

Therefore, the Joint Motion is GRANTED IN PART. The case will proceed under the Scheduling Order attached to this Letter Order.

Although informal in format, this Letter nonetheless constitutes an Order of the Court, and the Clerk is directed to docket it as such.

Sincerely,

/s/
Richard D. Bennett
United States Senior District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN and JANE DOE, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No. RDB-26-02690 |
| MARK BEDELL, et al., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * * *

**SCHEDULING ORDER**

Upon consideration of the parties' joint motion for a pretrial and trial schedule (ECF No. 50) (the "Joint Motion"), the parties' Joint Motion is GRANTED IN PART with the modifications to certain deadlines set forth below. The Court ORDERS that the following deadlines shall govern:

- **Pleadings and parties**: No amendments without leave of court.
- **Next status conference**: September 3, 2026
- **Initial disclosures under Rule 26(a)(1)**: October 1, 2026
- **Responsive pleading deadline**: September 30, 2026
- **Opposition to motion to dismiss**: October 14, 2026
- **Reply to motion to dismiss**: October 28, 2026
- **Plaintiffs' expert reports**: December 15, 2026
- **Defendants' expert reports**: January 25, 2027
- **Plaintiffs' rebuttal reports**: February 5, 2027

- **Final supplementing discovery under Rule 26(e)**: February 8, 2027
- **Close of discovery**: February 26, 2027
- **Dispositive motions (including motions in limine & *Daubert* motions)**: March 5, 2027
- **Oppositions to dispositive motions**: March 24, 2027
- **Replies in support of dispositive motions**: April 2, 2027
- **Joint pretrial order filed by parties**: April 12, 2027
- **Exhibit and witness lists**: April 26, 2027
- **Pretrial conference**: April 29, 2027 at 11:00AM
- **Trial**: May 11-12, 2027

**Dispositive motions hearing**: If needed, the Court will schedule a hearing date on dispositive motions to follow the deadline for replies in support of dispositive motions.

**Written discovery**: 25 interrogatories per side; 25 requests for production per side; 25 requests for admission per side.

**Depositions**: Parties shall be allowed maximum number of depositions allowed by Federal Rules of Civil Procedure, unless otherwise agreed to by the parties or ordered by the Court. There will be a seven-hour limit on the length of each deposition.

**Electronic discovery**: The parties agree to work cooperatively to develop an ESI protocol to submit to the Court by October 23.

**Protective order**: The parties agree that a protective order will be needed in this case and will work cooperatively to submit this order to the Court by October 23.

**IT IS SO ORDERED**.

SIGNED on September 3, 2026.

/s/
Richard D. Bennett
United States Senior District Judge