**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE,<br>*Plaintiffs,*<br><br>v.<br><br>MARK BEDELL, et al.,<br><br>*Defendants.* | Case No. 1:26-cv-02690-RDB |

**DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(1) & (6)**

Defendants Mark Bedell, et al. (Defendants), by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully move to dismiss the First Amended Complaint against them in its entirety with prejudice on the following grounds: (1) Plaintiffs' as-applied claims are moot; (2) Plaintiffs lack Article III standing to facially challenge the AACPS policies; (3) Plaintiffs' claims are not ripe for judicial review; (4) the First Amended Complaint fails to state a claim upon which relief can be granted; (5) the individual- and official-capacity claims against Superintendent Bedell and the official-capacity claims against the individual Board members should be dismissed; and (6) the claims against Principal Smith and Assistant Principal Casolo should be dismissed because the official-capacity claims present nothing to redress and the individual-capacity claims fail to state a claim. These grounds are set forth more fully in the accompanying Memorandum of Law.

Dated: September 30, 2026

Respectfully submitted,

By: */s/ Mary Rohmiller*

Mary Rohmiller (Bar No. 32576)
Alice W. Yao (Bar No. 32573)
Teresa Alutto-Schmidt (Bar No. 28367)
Susan V. Metcalfe*
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Telephone: (202) 713-9380
mrohmiller@potomaclaw.com
ayao@potomaclaw.com
taluttoschmidt@potomaclaw.com
smetcalfe@potomaclaw.com

** Admitted pro hac vice*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record for Plaintiffs. I also served counsel for Plaintiffs via email at the following addresses:

Ian Prior
Crystal Clanton
Rachael Griffin
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
ian.prior@aflegal.org
crystal.clanton@aflegal.org
rachael.griffin@aflegal.org

Rachael C. T. Wyrick
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
rachael@consovoymccarthy.com

Dated: September 30, 2026

Respectfully submitted,

*/s/ Mary Rohmiller*

Mary Rohmiller (Bar No. 32576)
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Telephone: (202) 713-9380
mrohmiller@potomaclaw.com
*Counsel for Defendants*