**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE,<br>*Plaintiffs,*<br><br>v.<br><br>MARK BEDELL, et al.,<br><br>*Defendants.* | Case No. 1:26-cv-02690-RDB |

**DECLARATION OF LISA SNEAD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Lisa Snead, declare as follows:

1. I am the General Counsel for Anne Arundel County Public Schools ("AACPS"). I have served in this role since May 15, 2024. I have also served as Counsel for AACPS in several capacities since March 26, 2012, including Staff Counsel, Senior Staff Counsel – Human Resources and Senior Staff Counsel. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

3. On July 1, 2019, AACPS published a document entitled "Students and Gender Identity: Guidelines for Support" ("2019 Guidance Document"). The 2019 Guidance Document is no longer being enforced by AACPS. AACPS has withdrawn the 2019 Guidance Document and has ceased to apply it to any student. AACPS staff are not directed to follow the 2019 Guidance Document, and it is not used to guide current staff practices.

4. AACPS's current operational practices regarding students and gender identity are governed by the amended Regulation JQ-RA, as revised on August 18, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026.

Lisa M. Snead

Lisa Snead
General Counsel
Anne Arundel County Public Schools
2644 Riva Road
Annapolis, Maryland 21401
410.222.5305
lsnead@aacps.org