**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE,<br>*Plaintiffs,*<br><br>v.<br><br>MARK BEDELL, et al.,<br><br>*Defendants.* | Case No. 1:26-cv-02690-RDB |

**DECLARATION OF ALICE W. YAO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Alice W. Yao, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and admitted to practice before this Court. I am a member of Potomac Law Group, PLLC, counsel of record for Defendants in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and the accompanying Memorandum of Law.

**The AACPS Policies, Regulations, and Guidance**

3. A true and correct copy of Policy JQ, titled "Safe and Inclusive Environments for LGBTQ+ Students," adopted June 16, 2021, is attached hereto as Exhibit A.

4. Regulation JQ-RA, titled "Safe and Inclusive Environments for LGBTQ+ Students," implements Policy JQ. As amended on August 18, 2026, Section D of Regulation JQ-RA provides that "[s]chool staff shall work with a student and the student's parent(s)/guardian(s) to develop an appropriate plan to accommodate and support the student and their gender identity, unless there is a genuine safety concern for the student's physical, emotional, or mental health safety as determined by the principal or

the principal's designee." A true and correct copy of Regulation JQ-RA, as amended on August 18, 2026, is attached hereto as Exhibit B.

5. Board Policy KH, titled "Parent, Family, and Community Involvement," governs parental involvement in the school system. Policy KH recognizes "the important responsibility parents/guardians have in guiding their children's upbringing" and designates parents as "full partners in the decisions that affect children and families." Anchored in the school system's fundamental respect for "parent, family, and community involvement," Policy KH establishes the institutional foundation within which all AACPS regulations—including Regulation JQ-RA—operate. Regulation KH-RA, titled "Parent/Family/Community Involvement" similarly states that "the most important support a child can receive comes from the home. A true and correct copy of Board Policy KH and Regulation KH-RA are attached hereto as Exhibits C and D, respectively.

6. On July 1, 2019, AACPS published a document entitled "Students and Gender Identity: Guidelines for Support" ("2019 Guidance Document"). The 2019 Guidance Document provided administrative guidance to staff regarding the support of students with respect to gender identity. A true and correct copy of the 2019 Guidance Document is attached hereto as Exhibit E.

**7.** Board Policy JH, titled "Student Records," governs access to and disclosure of student records. Adopted on November 1, 2007, Policy JH recognizes that "Federal and State laws preserve the right of parents/guardian(s) and eligible students to . . . [r]eview and inspect educational records" and to "[r]equest revision or amendment, or to challenge the content of any educational records which are objectionable." Regulation JH-RA, titled "Student Records," implements Policy JH and was most recently revised on August 31, 2021. Regulation JH-RA defines the student record to include "[a]ll records maintained in connection with an individual student . . . regardless of where the various parts of the record are stored," and provides that "[a]ccess to student records shall be afforded to parent(s)/guardian(s) (custodial and non-custodial)." Regulation JH-RA further requires the principal or the principal's designee to "arrange for the granting of such access within a reasonable period of time, but in no case more than 45 days after the date the request is received." True and correct copies of Board Policy JH and Regulation JH-RA are attached hereto as Exhibits F and G, respectively.

## **<u>The Consent Order and Defendants' Offer to Extend</u>**

8. On August 7, 2026, this Court entered a Consent Order for Preliminary Injunction (ECF No. 48) resolving Plaintiffs' Amended Motion for Preliminary Injunction. A true and correct copy of the Consent Order is attached hereto as Exhibit H.

9. Under the Consent Order, Defendants agreed that, during the pendency of this litigation:

> (1) Defendants shall not enforce Policy JQ, the 2019 Guidance Document, or Regulation JQ-RA—or any materially similar AACPS policy, regulation, or guidance document—as to Plaintiffs John and Jane Doe or their daughter, Mary Doe; (2) Defendants shall refrain from referring to Mary by any name other than her legal name; and (3) Defendants shall provide Plaintiffs with timely notice of, and the opportunity to opt out of, any new or revised school policy or practice relating to gender transition at school, and Defendants shall not withhold from Plaintiffs information known to them relating to any future expression of interest in or efforts by Mary to engage in gender transition.

10. On September 21, 2026, counsel for Defendants transmitted a proposal to counsel for Plaintiffs offering to extend the preliminary relief set forth in the Consent Order through the date of Mary Doe's graduation from AACPS or her eighteenth birthday, whichever comes first. On September 24, 2026, counsel for Defendants confirmed that the offer was a good-faith offer for the purpose of making sure the terms of the Consent Order remained in place for the entirety of Mary's senior year and that Defendants sought nothing in exchange.

11. On September 25, 2026, counsel for Plaintiffs declined Defendants' offer, stating that Plaintiffs were comfortable with the scope of the existing Consent Order because it provides relief for the pendency of the litigation.

**Status of the Challenged Documents**

12. On August 18, 2026, AACPS amended Regulation JQ-RA. The amended regulation added a new Section D.4, which provides: "Nothing in this regulation shall be construed to limit or otherwise interfere with parents'/guardians' rights under FERPA, including the right to inspect and review their student's complete education record." The amended regulation further clarifies that "[u]nder FERPA, education records generally include all records, files, documents, and other materials maintained by AACPS that contain information directly related to a student." A true and correct copy of the amended Regulation JQ-RA, as revised on August 18, 2026, is attached hereto as Exhibit B.

13. On or about August 19, 2026, Superintendent Mark Bedell issued a directive to all AACPS staff and AACPS families confirming that "no policy, guideline, or practice may limit or otherwise interfere with parental rights under FERPA, and this includes any information maintained in education records that relates to gender identity, transgender status, sexual orientation, preferred name, or preferred pronouns." A true and correct copy of the Superintendent's directive is attached hereto as Exhibit I.

14. The August 18, 2026, amendments to Regulation JQ-RA were adopted following the U.S. Department of Justice's inquiry into AACPS's FERPA practices. AACPS chose to amend

the regulation to eliminate any possible ambiguity about parental access rights and to make clear that parents may inspect and review all education records—including any records related to gender identity—upon request.

15. The 2019 Guidance Document is no longer being enforced by AACPS, as set forth in the Declaration of Lisa Snead, filed concurrently herewith.

**<u>Exhibit List</u>**

16. The following exhibits are attached to this Declaration and are true and correct copies of the documents identified:

**Exhibit A:** Policy JQ, "Safe and Inclusive Environments for LGBTQ+ Students," adopted June 16, 2021

**Exhibit B:** Regulation JQ-RA, "Safe and Inclusive Environments for LGBTQ+ Students," as revised August 18, 2026

**Exhibit C:** Policy KH, "Parent, Family, and Community Involvement," revised December 4, 2024

**Exhibit D:** Regulation KH-RA, "Parent/Family/Community Involvement," issued December 15, 2004

**Exhibit E:** "Students and Gender Identity: Guidelines for Support" (2019 Guidance Document)

**Exhibit F:** Policy JH, "Student Records," adopted November 1, 2007

**Exhibit G:** Regulation JH-RA, "Student Records," issued November 1, 2007, and revised August 31, 2021

**Exhibit H:** Consent Order for Preliminary Injunction (ECF No. 48), entered August 7, 2026

**Exhibit I:** Superintendent Bedell's directive to staff and families, dated on or about August 19, 2026

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, 2026.

/s/ Alice W. Yao

Alice W. Yao
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Telephone: (202) 558-5557
ayao@potomaclaw.com

*Counsel for Defendants*