# EXHIBIT D

# Regulation

ANNE ARUNDEL COUNTY PUBLIC SCHOOLS

**Related Entries: Policy KH-507**
**Responsible Office: VOLUNTEER/SCHOOL & FAMILY PARTNERSHIPS**

## PARENT/FAMILY/COMMUNITY INVOLVEMENT

**A. PURPOSE**

To establish procedures for the development, implementation, and review of the policy on Parent/Family/Community Involvement.

**B. BACKGROUND**

All school system employees are expected to demonstrate a commitment to parent, family, and community involvement and to demonstrate respect for parent involvement. Encouraging parents and families to be involved in a child's education is essential to improved student achievement.

**C. DEFINITIONS**

1. Parent – the adult(s) responsible for the direct care of the child

2. Family – those adults directly involved with the well-being of the child

3. Community – all other people involved in supporting the child (neighbors, community members, businesses, etc.)

4. Parent Involvement – the participation of parents, families, and community in every facet of children's education and development from birth to adulthood

**D. NATIONAL STANDARDS**

The Anne Arundel County Public Schools supports the implementation of the National Standards for Parent Involvement.

1. Communication – Communication is the foundation of a solid partnership between school and home. Effective home-school communication is the two-way sharing of information vital to student success. Each school should work in cooperation with parents to establish and maintain a clear,

regular and two-way communication system that may include but is not limited to providing:

a. Regular information on school and school system issues.

b. Information through a variety of traditional and non-traditional means.

c. Adequate provisions for parent-teacher communications.

2. Parenting Skills – The most important support a child can receive comes from the home. Each school should work in cooperation with parents to promote and support parenting skills that may include but is not limited to providing:

a. Information on parenting issues with all families.

b. School policies that recognize and respect families' cultural and religious diversity.

3. Student Learning – Academic achievement increases when parents/families are involved in the process. Effective student learning occurs when parents are connected to the learning process. Each school should work in cooperation with parents to support techniques for assisting parents with student learning that may include but is not limited to providing:

a. Clear information regarding the expectations for students at all levels.

b. Information about how students can improve skills, get help when needed, meet class expectations, and perform well on assessments.

4. Volunteering – When parents volunteer, students benefit. Each school should work in cooperation with parents to establish and maintain a volunteer program that provides meaningful and valuable involvement that may include but is not limited to providing:

a. A school climate in which parents feel valued and welcome.

b. Ample training and orientation on volunteer procedures and school protocol.

c. Recognition for volunteer efforts.

5. Decision Making and Advocacy – Effective partnerships develop when each partner is respected and empowered to fully participate in the decision-making process. Each school is expected to support methods to involve parents and the community in decisions in the school and throughout the system that may include but is not limited to providing:

   a. Participation on decision-making and advisory committees.

   b. Opportunities to participate on committees that focus on education issues.

   c. Training for staff and parents in how to be collaborative partners and share in the decision-making in areas such as policy, curriculum, budget, school reform, safety, and personnel issues.

   d. The opportunity to participate in professional development activities.

6. Collaborating with the Community – Community resources can be used to strengthen schools, families, and student learning. Communities offer a wide array of resources valuable to schools and the families they serve. Each school should work in cooperation with parents to:

   a. Develop partnerships with local businesses, community organizations, and service groups to advance student learning and assist schools and families.

   b. Involve community members in school volunteer programs.

   c. Disseminate information to school community members, including those without school-age children, regarding school programs and performances.

   d. Professional development opportunities for teachers, administrators, and other district employees shall be offered to enhance the ability of schools to effectively serve all students, parents, and families.

   e. Data relevant to parent involvement will be collected, compiled, and shared. This may include but is not limited to statistics on volunteering, information on best practices, and/or parent surveys as appropriate.

## E. POLICY IMPLEMENTATION

1. The revised or new policy will be published in accordance with Policy BF-204.

2. References in policies and regulations to specific offices, employees, and officials whose functions have been reassigned or whose titles have been revised because of reorganization shall be considered to have been superseded to reflect the reassignment or reorganization. The superintendent or designee may revise the references to their current and accurate status.

3. Where there exist references to specific laws or sources of authority, and the references change by amendment or otherwise (*e.g.,* a re-numbering of existing statutes or regulations), the references shall be considered to have been superseded to reflect the amendment or other change. The superintendent or designee may revise the references to their current and accurate status.

4. Where there exist references to other policies and regulations of the Board of Education of Anne Arundel County, and the references change by amendment or otherwise (*e.g.,* a re-numbering or re-coding of existing policies and regulations), the references shall be considered to have been superseded to reflect the amendment or other change. The superintendent or designee may revise the references to their current and accurate status.

***Regulation History:*** ***Developed by Superintendent 11/5/04***
***Reviewed by Board of Education 12/15/04***
***Issued 12/15/04***

***Note previous regulation history:*** ***None***