# EXHIBIT F

# POLICY

BOARD OF EDUCATION
OF ANNE ARUNDEL COUNTY

**Related Entries:** JH-RA
**Responsible Office:** ASSISTANT SUPERINTENDENT OF CURRICULUM AND INSTRUCTION, DIVISION OF STUDENT SUPPORT SERVICES

## STUDENT RECORDS

### A. PURPOSE

To establish policy governing access to and disclosure of student records.

### B. ISSUE

The Board of Education of Anne Arundel County is responsible for complying with the Family Educational Rights and Privacy Act and State law and regulations governing student records. This policy establishes the authority and responsibility governing student records.

### C. POSITION

1. Federal and State laws preserve the right of parents/guardian(s) and eligible students to:

   a. Review and inspect educational records;

   b. Request revision or amendment, or to challenge the content of any educational records which are objectionable;

   c. Prevent disclosure of personally identifiable information without the written consent of the parent(s)/guardian(s) or eligible student except as authorized under law; and

   d. Receive information concerning their rights and protections annually.

2. State regulations also provide that records for individual students shall be:

   a. Kept in accordance with the regulations of the Maryland State Board of Education, which are contained in the *Maryland Student Records System Manual* and subsequent data systems;

b. Maintained in a confidential manner with access to these records granted only for the purpose of serving legitimate and recognized educational ends;

c. Destroyed when they are no longer able to serve legitimate and recognized educational ends, with the exception of records designated as permanent and other exceptions provided by law; and

d. Made available to the parent(s)/guardian(s) or eligible student in conference with appropriate school personnel.

## D. IMPLEMENTATION

The Superintendent is authorized to develop regulations to implement this policy.

***Policy History:*** Adopted on 11/01/07

***Note Previous History:*** Replaces Policy 907, adopted 05/20/91

***Legal References:*** Family Educational Rights and Privacy Act; Individuals with Disabilities Education Act; McKinney-Vento Homeless Assistance Act; Section 2-205 of the Education Article; Section 20-102 of the Maryland Health General Article; Code of Maryland Regulations 13A.08.02 Student Records; Maryland Student Records System Manual