# EXHIBIT I

ANNE ARUNDEL COUNTY PUBLIC SCHOOLS

SCHOOLS

ANNE ARUNDEL COUNTY PUBLIC SCHOOLS

// MESSAGE FROM DR. BEDELL

# A Message from the Superintendent



**August 19, 2026**

Dear AACPS Families and Employees:

As you may be aware, our school district has received a letter from the United States Department of Justice regarding Administrative Regulation JQ-RA, Safe and Inclusive Environments for LGBTQ+ Students, and its

compliance with the Family Educational Rights and Privacy Act (FERPA).

In response, we have amended JQ-RA to clarify that nothing in JQ-RA shall be construed to limit or otherwise interfere with parents' rights under FERPA, including the right to inspect and review their child's complete education record.

Under FERPA, education records generally include all records, files, documents, and other materials maintained by Anne Arundel County Public Schools that contain information directly related to a student.

Policy JH and Administrative Regulation JH-RA, Student Records, govern student records at AACPS. FERPA protects the privacy of parents and students by generally prohibiting schools that receive federal education funding from disclosing personally identifiable information from a student's education records without the parent's consent, except in limited circumstances.

The changes to JQ-RA are reflected in Section 4, Confidentiality.

Specifically, the language now reads:

The Federal Family Educational Rights and Privacy Act (FERPA) protects the privacy of parents/guardians and students by generally prohibiting schools that receive federal education funding from disclosing personally identifiable information from a student's

education records without the parent's/guardian's consent, except in limited circumstances.

Nothing in this regulation shall be construed to limit or otherwise interfere with parents'/guardians' rights under FERPA, including the right to inspect and review their student's complete education record. Under FERPA, education records generally include all records, files, documents, and other materials maintained by AACPS that contain information directly related to a student. Board of Education of Anne Arundel County Policy JH and Administrative Regulation JH-RA – Student Records – govern student records at AACPS.

The amended regulation can be found in its entirety here.

As made clear by these amendments, no policy, guideline, or practice may limit or otherwise interfere with parental rights under FERPA, and this includes any information maintained in education records that relates to gender identity, transgender status, sexual orientation, preferred name, or preferred pronouns.

Yours in Education,

Mark T. Bedell, Ed.D.
Superintendent of Schools

# Previous Messages

October 28, 2025, message regarding rise in cases of hand, foot, and mouth disease

September 3, 2025, message regarding expected behavior at fall athletics, other events

January 23, 2025, message regarding immigration issues and schools

January 16, 2025, message regarding #LiftLA initiative to assist the Los Angeles Unified School District

January 10, 2025, message regarding expected behavior at winter athletics, other events

December 20, 2024, message regarding impact of end of grant funding on summer programs

November 8, 2024, message regarding racist text messages being received by students/staff

September 13,2024, message regarding rumors of school threats

August 30, 2024, message about first week of school and student devices

## AACPS Clusters




Anne Arundel County
Public Schools
2644 Riva Road
Annapolis, MD 21401
Phone: 410-222-5000

Non-Discrimination Notice

Title IX Issues and Complaints

Web Accessibility Statement

AACPS: Report Fraud, Waste or Abuse

AACPS: Denunciar fraude, desperdicio o abuso financiero

U.S. Department of Education Fraud Hotline

Vendors: Register, Submit Bids, Contract Info

## Stay Connected

Copyright © 2026 Anne Arundel County Public Schools. All rights reserved.
Powered By Apptegy