**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARK T. BEDELL, et al.,<br><br>*Defendants.* | Case No. 1:26-cv-02690-RDB |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c) and this Court's September 3, 2026 scheduling order (Dkt.51), the parties hereby move for entry of the proposed Protective Order attached to this motion. Good cause exists for entry of the proposed order because discovery in this action may involve the disclosure of sensitive personal, personnel, educational, employment, medical, financial, or otherwise private information that is not in the public domain. Special protection of that information from public disclosure is warranted to protect the parties and others from potential annoyance, embarrassment, oppression, or undue burden or expense.

Dated: October 23, 2026

*/s/ Alice W. Yao*
Alice W. Yao (Bar No. 32573)
Mary Rohmiller (Bar No. 32576)
Teresa Alutto-Schmidt (Bar No. 28367)
Susan V. Metcalfe*
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Telephone: (202) 713-9380
* Admitted pro hac vice
*Counsel for Defendants*

Respectfully Submitted,

*/s/ Ian Prior*
Ian Prior (Bar No. 30683)
Crystal Clanton*
Rachael Griffin*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(202) 964-3721
ian.prior@aflegal.org
crystal.clanton@aflegal.org
rachael.griffin@aflegal.org

Rachael Tucker Wyrick*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
rachael@consovoymccarthy.com

Patrick Strawbridge*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

* *Admitted pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will email notification to all counsel of record

Dated: October 23, 2026

Respectfully Submitted,

*/s/ Ian Prior*

Ian Prior (Bar No. 30683)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(202) 964-3721
ian.prior@aflegal.org