**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN and JANE DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARK T. BEDELL, et al.,<br><br>*Defendants.* | Case No. 1:26-cv-02690-RDB |

**ORDER GRANTING ENTRY OF ESI PROTOCOL**

Upon consideration of the parties' Joint Motion for Entry of ESI Protocol (ECF No. 57), it is hereby **ORDERED** that the Joint Motion is **GRANTED** and that the parties shall adhere to the ESI protocol filed as Exhibit A (ECF No. 57-1) to the Joint Motion.

Dated: November 19, 2026

/s/
RICHARD D. BENNETT
United States District Judge